UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

Atlantic Specialty v. Digit Dirt (Plaintiff v. Defendant), Case No: 17-cv-22646-KMW
Boulet v. Kaseya US LLC        (Plaintiff v. Defendant), Case No: 20-cv-61937-KMW
USA v. JP Morgan Bank          (Plaintiff v. Defendant), Case No: 20-cv-20543-KMW
Empresas v. Learjet Inc.       (Plaintiff v. Defendant), Case No: 20-cv-61963-KMW
Enbar et al v. Goodstein et al (Plaintiff v. Defendant), Case No: 20-cv-22360-KMW
OMM Imports v. EL SALES        (Plaintiff v. Defendant), Case No: 20-cv-22740-KMW
Chevaldina v. Center           (Plaintiff v. Defendant), Case No: 20-cv-24690-KMW
Marine Depot v. James River    (Plaintiff v. Defendant), Case No: 19-cv-24821-KMW
Hvide v. Holt Financial et al  (Plaintiff v. Defendant), Case No: 20-cv-22266-KMW
Claflin et al v. LafargeHolcim (Plaintiff v. Defendant), Case No: 20-cv-23787-KMW
Alaska v. Ryder, et al         (Plaintiff v. Defendant), Case No: 20-cv-22109-KMW
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:
*Forthcoming*                  (Plaintiff v. Defendant), Case No:

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Aileen M. Cannon** as of November 23, 2020 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Aileen M. Cannon.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Aileen M. Cannon**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties