**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23787-CIV-AMC**

WILLIAM H. CLAFLIN, IV; *et al.,*

      Plaintiffs,

v.

LAFARGEHOLCIM LTD; *et al.*,

      Defendants.

**MOTION FOR MARTIN F. CUNNIFF**
**TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Martin F. Cunniff, District of Columbia Bar Number 424219, of the law firm of Fields PLLC, 1701 Pennsylvania Ave., N.W., Suite 200, Washington, D.C. 20006, (833) 382-9816, for purposes of appearance as co-counsel on behalf of Plaintiffs, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Martin F. Cunniff to receive electronic filings in this case, and in support thereof states as follows:

    1.    Martin F. Cunniff is not admitted to practice in the Southern District of Florida and is a member in good standing and admitted to practice in the following courts:

| Court | Admission Date | Address of the Office Maintaining the Roll of the Court's Members |
|---|---|---|
| District of Columbia Court of Appeals and Superior Court | June 20, 1990 | 500 Indiana Avenue, N.W. Washington, DC 20001 |
| U.S. District Court Maryland | Jan. 12, 2010 | 6500 Cherrywood Lane Greenbelt, MD 20770 |
| U.S. District Court, District of Columbia | Feb. 19, 1992 | 333 Constitution Avenue, N.W. Washington D.C. 20001 |
| U.S. Court of Appeals for the District of Columbia Circuit | April 29, 1996 | 333 Constitution Avenue, N.W., Washington D.C. 20001 |
| Supreme Court of the United States | July 18, 1997 | 1 First St., N.E., Washington, D.C. 20543 |
| U.S. Court of Appeals for the Fourth Circuit | July 31, 2004 | 1100 E. Main St., #501 Richmond, VA 23219 |
| U.S. Court of Appeals for the Third Circuit | Jan. 27, 2003 | 601 Market St. Philadelphia, PA 19106 |
| U.S. Court of Appeals for the Tenth Circuit | Oct. 23, 2002 | 1823 Stout St. Denver, CO 80257 |

2. Movant, Nelson C. Bellido of the law firm of ROIG Lawyers, 44 W. Flagler Street, Suite 2100, Miami, Florida 33130, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Martin F. Cunniff has made payment of this Court's $200.00 admission fee.

4. Martin F. Cunniff, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Melvin White at email address: martincunniff@fieldslawpllc.com.

WHEREFORE, Nelson C. Bellido moves this Court to enter an Order for Martin F. Cunniff to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Martin F. Cunniff.

Dated: December 10, 2020

        Respectfully Submitted,

        By: /s/NELSON C. BELLIDO
            Nelson C. Bellido
            Roig, Tutan, Rosenberg, Martin & Bellido, P.A.
            44 W. Flagler Street, Suite 2100
            Miami, Florida 33130
            Tel: (305) 405-0997 Ext. 1614
            Fax: (305) 405-1022
            nbellido@roiglawyers.com

            - AND -

            Martin F. Cunniff (*pro hac vice admission pending*)
            Fields PLLC
            1701 Pennsylvania Ave., N.W.
            Suite 200
            Washington, D.C. 20006
            Tel: (833) 382-9816
            martincunniff@fieldslawpllc.com

            *Counsel for Plaintiffs*

## **CERTIFICATION OF MARTIN F. CUNNIFF**

Martin F. Cunniff, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia Bar.

By: */s/ Martin F. Cunniff*
Martin F. Cunniff
Fields PLLC
1701 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
martincunniff@fieldslawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

                                                                                 By:    /s/Nelson C. Bellido  
                                                                                                     Nelson C. Bellido