**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-23787-CIV-AMC**

WILLIAM H. CLAFLIN, IV; *et al.,*

        Plaintiffs,

   v.

LAFARGEHOLCIM LTD; *et al.*,

        Defendants.

**ORDER GRANTING MOTION FOR MARTIN F. CUNNIFF TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Martin F. Cunniff, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Martin F. Cunniff may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Martin F. Cunniff at [martincunniff@fieldslawpllc.com](mailto:martincunniff@fieldslawpllc.com).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December 2020.

                                                                _____
                                                                United States District Judge

Copies furnished to: All Counsel of Record