## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-23787-CIV-WILLIAMS

WILLIAM H. CLAFLIN, IV, *et al.*,

        Plaintiffs,

    v.

LAFARGEHOLCIM LTD, *et al.*,

        Defendants.

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND RESPONSE TO THE COMPLAINT

WHEREAS on September 11, 2020, William H. Claflin, IV; Josephine C. Horan; Patricia M. Claflin; Edward A. Claflin; Elaine Y. Alexander; John K. Spring, Jr.; Helen S. Montero; William C. Spring; Susan K. Spring; David G. Witter; Malcolm G. Witter; Dean Witter III; Helen C. Witter; Katharine C. Weeks; Katharine W. White; Martha W. Sinclair; John W. Weeks Jr.; David C. Weeks; Sinclair Weeks; Stephen D. Weeks; Robert F. Weeks; Estate of Anne C. Allen; Estate of Helen C. Spring; Estate of John W. Weeks; and Estate of Prentice W. Claflin (collectively, the Plaintiffs) filed a complaint (the "Complaint") against LafargeHolcim Ltd; Inversiones Ibersuizas S.A.; Holcim Trading SA (F/K/A) Union Maritima Internacional SA; de Ruiter Ouderlande B.V.; Las Pailas de Cemento S.A.U.; and Unknown Subsidiary of the LafargeHolcim Group (collectively, the "Defendants");

WHEREAS this joint stipulation will promote the efficient and orderly administration of justice;

WHEREFORE, the Plaintiffs and Defendant LafargeHolcim Ltd, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Willkie Farr and Gallagher, LLP, as counsel to LafargeHolcim Ltd, has accepted service on behalf of LafargeHolcim Ltd and only LafargeHolcim Ltd. For the avoidance of doubt, the undersigned do not represent, appear for, or otherwise accept service on behalf of any other Defendants in the above-captioned action.

2. LafargeHolcim Ltd reserves all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections as to the sufficiency of service.

3. LafargeHolcim Ltd's response to the Compliant is due on April 14, 2021, subject to any such further extensions as may be agreed upon by the parties or ordered by the Court.

Respectfully Submitted,

By: /s/ *Nelson C. Bellido*
Nelson C. Bellido
Roig, Tutan, Rosenberg, Martin & Bellido, P.A.
44 W. Flagler Street, Suite 2100
Miami, Florida 33130
Tel: (305) 405-0997 Ext. 1614/Fax: (305) 405-1022
nbellido@roiglawyers.com

- AND –

Berliner Corcoran & Rowe LLP
David Baron (admitted *pro hac vice*)
Melvin White (admitted *pro hac vice*)
Laina C. Lopez (admitted *pro hac vice*)
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555 / Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com

Fields PLLC
Richard W. Fields *(pro hac vice admission pending)*
Martin Cunniff *(pro hac vice admission pending)*
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
fields@fieldslawpllc.com

*Counsel for Plaintiffs*


Willkie Farr & Gallagher, LLP
Charles Cording (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, New York 10019-6099
Tel: (212) 728-8000
ccording@willkie.com

*Counsel for Defendant LafargeHolcim Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

By:  /s/Nelson C. Bellido  
   Nelson C. Bellido
