UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-23787-CIV-CANNON

WILLIAM H. CLAFLIN, IV, *et al.*,

   Plaintiffs,

vs.

LAFARGEHOLCIM LTD, *et al.*,

   Defendants.

**JOINT STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

WHEREAS on September 11, 2020, William H. Claflin, IV; Josephine C. Horan; Patricia M. Claflin; Edward A. Claflin; Elaine Y. Alexander; John K. Spring, Jr.; Helen S. Montero; William C. Spring; Susan K. Spring; David G. Witter; Malcolm G. Witter; Dean Witter III; Helen C. Witter; Katharine C. Weeks; Katharine W. White; Martha W. Sinclair; John W. Weeks Jr.; David C. Weeks; Sinclair Weeks; Stephen D. Weeks; Robert F. Weeks; Estate of Anne C. Allen; Estate of Helen C. Spring; Estate of John W. Weeks; and Estate of Prentice W. Claflin (collectively, the "Plaintiffs") filed a complaint (the "Complaint") against LafargeHolcim Ltd; Inversiones Ibersuizas S.A.; Holcim Trading SA (F/K/A) Union Maritima Internacional SA; de Ruiter Ouderlande B.V.; Las Pailas de Cemento S.A.U.; and Unknown Subsidiary of the LafargeHolcim Group (collectively, the "Defendants");

WHEREAS this joint stipulation will promote the efficient and orderly administration of justice;

WHEREAS, the Plaintiffs and Defendant LafargeHolcim Ltd have scheduled on April

22, 2021 a mediation before the Hon. Layn R. Phillips of Phillips ADR Enterprises;

WHEREFORE, the Plaintiffs and Defendant LafargeHolcim Ltd, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

LafargeHolcim Ltd's response to the Complaint is due on May 21, 2021, subject to any such further extensions as may be agreed upon by the parties or ordered by the Court.

Respectfully submitted,

Dated: March 23, 2021

**ROIG, TUTAN, ROSENBERG, MARTIN & BELLIDO, P.A**

By: /s/NELSON C. BELLIDO
Nelson C. Bellido
44 W. Flagler Street, Suite 2100
Miami, Florida 33130
Tel: 305-405-0997
Fax: 305-405-1022
Pleadings@RoigLawyers.com
nbellido@roiglawyers.com

**BERLINER CORCORAN & ROWE LLP**
David Baron (admitted *pro hac vice*)
Melvin White (admitted *pro hac vice*)
Laina C. Lopez (admitted *pro hac vice*)
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555
Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com

        **FIELDS PLLC**
Richard W. Fields (admitted *pro hac vice*)
Martin Cunniff (admitted *pro hac vice*)
1701 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
fields@fieldslawpllc.com

*Counsel for Plaintiffs*

        **WILLKIE FARR & GALLAGHER, LLP**

By:  <u>*/s/* CHARLES CORDING</u>
Charles Cording (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, New York 10019-6099
Phone: (212) 728-8000
ccording@willkie.com

*Counsel for Defendant LafargeHolcim Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2021, I electronically filed and served the foregoing with the Clerk of the Court by using the CM/ECF.

                By:    /s/Nelson C. Bellido
                           Nelson C. Bellido