UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM H. CLAFLIN, IV; *et. al.,*<br><br>    Plaintiffs,<br><br>vs.<br><br>LAFARGEHOLCIM LTD; INVERSIONES IBERSUIZAS S.A.; HOLCIM TRADING SA (F/K/A) UNION MARITIMA INTERNACIONAL SA; DE RUITER OUDERLANDE B.V.; LAS PAILAS DE CEMENTO S.A.U.; and UNKNOWN SUBSIDIARY OF THE LAFARGEHOLCIM GROUP.<br><br>    Defendants. | Case No. 1:20-cv-23787 |

## [PROPOSED] ORDER REGARDING STAY AND TOLLING OF DEADLINES

THIS CAUSE came before the Court upon Joint Stipulation Regarding Extension of Time to Respond to the Complaint of the Plaintiffs and defendant LafargeHolcim Ltd and, upon due consideration and for good cause shown,

IT IS HEREBY ORDERED as follows:

All deadlines for all parties in the litigation are stayed and tolled pending consummation of a definitive settlement agreement or upon such further order of the court.

Dated: _____, 2021.

                                                                                                              AILEEN M. CANNON
                                                                                                              UNITED STATES DISTRICT JUDGE