UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23787

WILLIAM H. CLAFLIN, IV; *et al.*,

    Plaintiffs,

vs.

LAFARGEHOLCIM LTD; *et al.*,

    Defendants.

**PLAINTIFFS' STATUS REPORT REGARDING
SERVICE UPON FOREIGN DEFENDANTS**

Plaintiffs, through their undersigned counsel, and pursuant to the Court's May 26, 2021 Order (D.E. 39), respectfully submit their Status Report Regarding Service Upon Foreign Defendants.

On September 11, 2020, Plaintiffs filed their Complaint against LafargeHolcim Ltd ("LafargeHolcim," now known as Holcim Ltd); Inversiones Ibersuizas S.A.; Holcim Trading SA (F/K/A) Union Maritima Internacional SA; de Ruiter Ouderlande B.V.; Las Pailas de Cemento S.A.U. (collectively, "Foreign Defendants"); and Unknown Subsidiary of the LafargeHolcim Group.[1] Because the Foreign Defendants are organized under the laws of countries that are signatories to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters ("Hague Convention"), service must be made upon them pursuant to the Hague Convention. Plaintiffs' vendor, TransPerfect Legal Solutions, has translated the summonses and the Complaint into the Foreign Defendants' languages, and has

---

[1] Defendant Unknown Subsidiary of the LafargeHolcim Group's location is not known at this time.

initiated Hague Convention service upon the Foreign Defendants through TransPerfect's foreign partner(s).

Service has been made on Defendant LafargeHolcim. *See* Proof of Service Affidavit Regarding Defendant LafargeHolcim Ltd (D.E. 26).

The process of serving the remaining foreign defendants under the Hague Convention remains underway and to the best of Plaintiffs' knowledge and the knowledge of their foreign service vendor TransPerfect, service upon the Foreign Defendants has not yet been completed.

As the Court is aware Plaintiffs and LafargeHolcim have reached an agreement in principle to settle this action in its entirety. *See* Joint Stipulation and Proposed Order Regarding Stay and Tolling of Deadlines (May 21, 2021) (D.E. 38). Plaintiffs and LafargeHolcim requested that the Court stay and toll all deadlines for all parties pending consummation of a definitive settlement agreement or upon further order of the court. *Id.*

By Paperless Order dated May 27, 2021 (D.E. 40), the Court granted in part and denied in part the Parties' Joint Stipulation and (i) Ordered the Parties to file a notice of settlement on or before June 28, 2021; and (ii) if the parties fail to complete the expected settlement by June 28, 2021, ordered LafargeHolcim to file a response to the Complaint on or before July 12, 2021.

The Parties are working diligently to consummate their settlement agreement and expect that the agreement will be completed on or before June 28, 2021.

    Respectfully submitted,

**ROIG, TUTAN, ROSENBERG, MARTIN & BELLIDO, P.A**

By:    */s/* Nelson C. Bellido
       Nelson C. Bellido
       44 W. Flagler Street, Suite 2100
       Miami, Florida 33130
       Tel: 305-405-0997

Fax: 305-405-1022
Pleadings@RoigLawyers.com
nbellido@roiglawyers.com

**BERLINER CORCORAN & ROWE LLP**
David Baron (admitted *pro hac vice*)
Melvin White (admitted *pro hac vice*)
Laina C. Lopez (admitted *pro hac vice*)
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555
Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com

**FIELDS PLLC**
Richard W. Fields
*(*admitted *pro hac vice)*
Martin Cunniff
*(*admitted *pro hac vice)*
1701 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
fields@fieldslawpllc.com
MartinCunniff@fieldslawpllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              By: /s/Nelson C. Bellido
                                                   Nelson C. Bellido