UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM H. CLAFLIN, IV; *et. al.,*<br><br>　Plaintiffs,<br><br>　vs.<br><br>LAFARGEHOLCIM LTD; INVERSIONES IBERSUIZAS S.A.; HOLCIM TRADING SA (F/K/A) UNION MARITIMA INTERNACIONAL SA; DE RUITER OUDERLANDE B.V.; LAS PAILAS DE CEMENTO S.A.U.; and UNKNOWN SUBSIDIARY OF THE LAFARGEHOLCIM GROUP.<br><br>　Defendants. | Case No. 1:20-cv-23787 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

　IT IS HEREBY STIPULATED by Plaintiffs through their undersigned attorneys that the above-captioned action is dismissed, with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 18, 2021　　　　　　**ROIG, TUTAN, ROSENBERG, MARTIN & BELLIDO, P.A**

　　　　　　　By:　/s/Nelson C. Bellido
　　　　　　　　　　Nelson C. Bellido
　　　　　　　　　　44 W. Flagler Street, Suite 2100
　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　Tel: 305-405-0997
　　　　　　　　　　Fax: 305-405-1022
　　　　　　　　　　Pleadings@RoigLawyers.com
　　　　　　　　　　nbellido@roiglawyers.com

**BERLINER CORCORAN & ROWE LLP**
David Baron (admitted *pro hac vice*)
Melvin White (admitted *pro hac vice*)
Laina C. Lopez (admitted *pro hac vice*)
1101 17th Street NW, Suite 1100
Washington, D.C. 20036
Tel: (202) 293-5555
Fax: (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
lcl@bcr-dc.com

**FIELDS PLLC**
Richard W. Fields (admitted *pro hac vice*)
Martin Cunniff (admitted *pro hac vice*)
1701 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
fields@fieldslawpllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 18, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      By: <u>Nelson C. Bellido</u>
           Nelson C. Bellido